USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/07/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA                    :
                                            :   20-CR-182 (VEC)
     -against-                              :
                                            :   ORDER
BOBBY RAMOS,                                :
                                            :
                              Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 3, 2020, Defendant Bobby Ramos, who has been detained on consent, moved for bail pending trial;

WHEREAS Mr. Ramos has been charged with conspiracy to violate 21 U.S.C. § 841(b)(1)(C), an offense that creates a rebuttable presumption that no set of conditions will reasonably assure the defendant's appearance in court and the safety of the community, *see* 18 U.S.C. § 3142(e)(3);

WHEREAS Mr. Ramos is 55-years old and has resided in New York his entire life;

WHEREAS Mr. Ramos' misconduct, as identified in the Complaint, primarily consists of two hand-to-hand drug transactions involving minimal quantities of controlled substance(s);

WHEREAS Mr. Ramos has no recent history of engaging in violence or violating a court order;

WHEREAS Mr. Ramos, due to his age, is somewhat more vulnerable to COVID-19, which has been discovered in Bureau of Prisons facilities; and

WHEREAS Mr. Ramos, if released, could reside with his mother in the Bronx;

IT IS HEREBY ORDERED THAT Mr. Ramos' bail motion is granted because he has rebutted the statutory presumption that no set of conditions can reasonably assure his return to court or the safety of others in the community. The following conditions of release shall apply:

1. Fifty-thousand-dollar personal recognizance bond co-signed by two financially responsible persons.
2. 24-hour home incarceration with electronic monitoring at Mr. Ramos' mother's residence, located at 1735 Lafayatte Avenue, Apt. B2 in Bronx, New York.
3. Unless otherwise approved by the court, the location monitoring equipment shall be installed no later than 14 days after release during which time the defendant is ordered to self-quarantine.
4. Surrender of all passports and other travel documents and no applications for new or replacement documents.
5. No contact with any co-defendants, witnesses, or victims.
6. Drug testing or treatment as directed by Pretrial Services.
7. No possession of a firearm.
8. The defendant shall not use or possess any narcotic drug or controlled substance unless prescribed by a licensed medical professional.
9. The defendant shall take reasonable steps to comply with Pretrial Services' request(s) to temporarily remove all cohabitants of the residence prior to any visit by Pretrial Services.
10. The defendant shall promptly inform Pretrial Services when any cohabitant of the residence, including himself, acquires symptoms commonly associated with COVID-19, including coughs, loss of smell or taste, or fever.

11. All Mandatory Conditions of Release set forth in the standard "Order Setting Conditions of Release" form.

12. Pretrial Services supervision as directed by the PTS Officer.

IT IS FURTHER ORDERED THAT Mr. Ramos must be released immediately after the personal recognizance bond has been signed by two co-signers. Mr. Neuman is authorized to sign the bond on behalf of Mr. Ramos.

**SO ORDERED.**

**Dated: April 7, 2020**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**