
```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

|  |  |
|---|---|
| USDC SDNY |  |
| DOCUMENT |  |
| ELECTRONICALLY FILED |  |
| DOC #:_____ |  |
| DATE FILED: 06/26/2020 |  |

------------------------------------------------------------ X
UNITED STATES OF AMERICA                                     :
                                                             :     20-CR-182 (VEC)
          -against-                                          :
                                                             :     ORDER
BOBBY RAMOS,                                                 :
                                                             :
                                    Defendant.               :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties have requested a change-of-plea hearing; and

WHEREAS Mr. Bobby Ramos is currently held at MCC;

IT IS HEREBY ORDERED THAT a hearing by videoconference is scheduled for **July 15, 2020**, **at 11:00 A.M.** Counsel will be provided with call-in instructions via email. MCC is directed to produce Mr. Ramos for his video appearance.

IT IS FURTHER ORDERED THAT, no later than **July 8, 2020**, defense counsel must file either an executed waiver (attached to this Order) or a letter requesting that the video conference be rescheduled as an in-person conference on a date convenient to all parties.

IT IS FURTHER ORDERED THAT, if defense counsel would like to confer with Mr. Ramos for 15 minutes prior to the start of the videoconference, counsel must email the chambers inbox by **June 30, 2020**, and provide counsel's preferred phone number. To optimize use of the Court's video conferencing technology, all parties on the call must:

  i.    Use a browser other than Microsoft Explorer to access the video feed on Court Call;
  ii.   Position the participant's device as close to the WiFi router as is feasible;
  iii.  Ensure any others in the participant's household are not using WiFi during the period of the call;
  iv.   If the participant is participating by video, connect to the audio portion of the videoconference by having Court Call call the participant at a desired phone number (landline or mobile), rather than using computer audio;

     v.    If there is ambient noise, the participant must mute his or her device when not speaking.

Members of the public may attend the conference by dialing the audio-only line, 1-855-268-7844, using the access code 32091812# and PIN 9921299#.

**SO ORDERED.**

**Dated: June 26, 2020**
       **New York, NY**

                                                                 **VALERIE CAPRONI**
                                                                **United States District Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

                                -v-

                             ,
                          Defendant.

------------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

**-CR-**     ( )( )

**Check Proceeding that Applies**

\_\_\_\_    Entry of Plea of Guilty

I am aware that I have been charged with violations of federal law.  I have consulted with my attorney about those charges.  I have decided that I wish to enter a plea of guilty to certain charges.  I understand I have a right to appear before a judge in a courtroom in the Southern District of New York to enter my plea of guilty and to have my attorney beside me as I do.  I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse.  I have discussed these issues with my attorney.  By signing this document, I wish to advise the court that I willingly give up my right to appear in person before the judge to enter a plea of guilty.  By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me as I enter my plea so long as the following conditions are met.  I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding.  I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.


Date:    _____       _____
          Print Name                                            Signature of Defendant


\_\_\_\_    Sentence

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time of my sentence and to speak directly in that courtroom to the judge who will sentence me. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse.  I do not wish to wait until the end of this emergency to be sentenced.  I have discussed these issues with my attorney and willingly give up my right to be present, at the time my sentence is imposed, in the courtroom with my attorney and the judge who will impose that sentence.  By signing this document, I wish to advise the court that I willingly

give up my right to appear in a courtroom in the Southern District of New York for my sentencing proceeding as well as my right to have my attorney next to me at the time of sentencing on the following conditions. I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf at the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date: _____    _____
       Print Name                 Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the charges against my client, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver and consent form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date: _____    _____
       Print Name                 Signature of Defense Counsel

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Date: _____
       Signature of Defense Counsel

**Accepted:** _____
              Signature of Judge
              Date: