USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA

       - v. -

BOBBY RAMOS,
                      Defendant.

-----------------------------------------------------------------X

20 Cr. 182 (VEC)

<u>AMENDED ORDER</u>

**VALERIE CAPRONI**, United States District Judge:

      The defendant in this action shall be released from the custody of the United States Marshal subject to a negative Covid-19 test. Defendant Bobby Ramos has been sentenced to time-served plus14 days or until he has a negative COVID 19 test, whichever comes first.

      SO ORDERED:

Dated:    New York, New York
            September 25, 2020

                                          _____
                                              VALERIE CAPRONI
                                           United States District Judge