USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/03/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
    UNITED STATES OF AMERICA                                 :
                                                             :      20-CR-182 (VEC)
             -against-                                       :
                                                             :           ORDER
    BOBBY RAMOS,                                             :
                                                             :
                              Defendant.                     :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 3, 2023, Probation reported that Mr. Ramos violated the conditions of his supervised release.

IT IS HEREBY ORDERED that the parties are ordered to appear for an arraignment on the alleged violations on **Thursday, August 10, 2023, at 10:15 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  August 3, 2023
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**