USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA            :
                                    :            20-CR-182 (VEC)
            -against-               :
                                    :                 ORDER
BOBBY RAMOS,                        :
                                    :
                    Defendant.      :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference in this matter is currently scheduled for October 16,

2023, at 2:30 P.M.; and

WHEREAS this time is no longer convenient for the Court.

IT IS HEREBY ORDERED that the status conference in this matter is ADJOURNED to

**Wednesday, October 25, 2023, at 10:45 A.M.** in Courtroom 443 of the Thurgood Marshall

Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  **September 22, 2023**                        _____
       **New York, New York**                              **VALERIE CAPRONI**
                                                    **United States District Judge**