```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA       :
                                                 :
          -against-                    :      20-CR-182 (VEC)
                                               :
   BOBBY RAMOS,                         :      <u>ORDER</u>
                                               :
                       Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a status conference in this matter is currently scheduled for October 25, 2023; and

      WHEREAS on September 26, 2023, the Court received a report from Probation stating that Mr. Ramos violated the conditions of his release.

      IT IS HEREBY ORDERED that the status conference in this matter will be held on **Tuesday, October 17, 2023, at 2:45 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: September 27, 2023**
**New York, New York**

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**