USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA             :
                                     :
          -against-                  :         20-CR-182 (VEC)
                                     :
BOBBY RAMOS,                         :         ORDER
                                     :
                         Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Undersigned on October 17, 2023, for a status conference and an arraignment on the additional specifications contained in the September 26, 2023, violation report.

IT IS HEREBY ORDERED that the status conference is scheduled for **Thursday, December 21, 2023, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Not later than **December 14, 2023**, the parties and Probation must submit a joint status report.

**SO ORDERED.**

Date:  October 17, 2023
       New York, New York

_____
VALERIE CAPRONI
United States District Judge