USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :        20-CR-182 (VEC)
                                    :
BOBBY RAMOS,                        :        <u>ORDER</u>
                                    :
                        Defendant.  :
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference is currently scheduled for Thursday, December 21, 2023, at 2:30 P.M., *see* Order, Dkt. 205; and

WHEREAS on December 15, 2023, the parties and Probation submitted a joint status report;

IT IS HEREBY ORDERED that not later than **Monday, December 18, 2023, at 5:00 P.M.**, the parties must file a joint letter indicating whether they object to the Court adjourning the status conference to a date in April 2024, with the expectation that, if Mr. Ramos continues to report to his Probation Officer as required and continues to remain drug-free, the Court would consider a motion to dismiss the violations of supervised release set forth in Probation's August 3, 2023 and September 25, 2023 violation reports.

**SO ORDERED.**

**Date: December 15, 2023**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**