Case 1:20-cr-00182-VEC   Document 223   Filed 04/05/24   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/05/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

BOBBY RAMOS,

                         Defendant.

------------------------------------------------------------ X

20-CR-182 (VEC)

**ORDER**

VALERIE CAPRONI, United States District Judge:

    WHEREAS a status conference is currently scheduled for April 11, 2024; and

    WHEREAS on April 5, 2024, Probation submitted a status report stating, *inter alia*, that "Mr. Ramos continues to make drastic improvements."

    IT IS HEREBY ORDERED that the April 11, 2024, conference is ADJOURNED to **Friday, October 11, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The Court congratulates Mr. Ramos on his sobriety and improvement. The Court further encourages Mr. Ramos to continue to maintain compliance with his treatment program.

    IT IS FURTHER ORDERED that by **July 10, 2024**, the parties must work with Probation to submit a status update on the steps that Mr. Ramos has taken to reactivate his driver's license.

**SO ORDERED.**

**Date: April 5, 2024**
**New York, New York**

                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**