USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :      20-CR-182 (VEC)
                                    :
BOBBY RAMOS,                        :      ORDER
                                    :
                    Defendant.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

   IT IS HEREBY ORDERED that the **Friday, October 11, 2024, at 10:00 A.M.** conference is CANCELED.

**SO ORDERED.**

**Date: July 11, 2024**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**